In the Matter of AC I SHORE ROAD, LLC, Respondent, v INCORPORATED VILLAGE OF GREAT NECK et al., Appellants, et al., Respondents.

Submitted January 7, 2008; decided March 13, 2008

Motion to enlarge the record on appeal denied. Motion for leave to appeal denied.

---

CLARE C. BASSILE, Respondent, v SCOTT O. MYERS, Appellant.

Submitted February 19, 2008; decided March 13, 2008

Motion for reargument of motion for leave to appeal denied [*see* 9 NY3d 1025 (2007)].

---

In the Matter of HASAN MURAD OSIRIS AHAD BEYAH, Appellant.

Submitted December 17, 2007; decided March 13, 2008

Motion for reargument of motion for leave to appeal denied [*see* 9 NY3d 814 (2007)].